**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1144**

_____

WILHELMINA MOORE,

                    Plaintiff - Appellant,

          v.

WILLIAMSBURG COUNTY SCHOOL DISTRICT; WILLIAMSBURG COUNTY
SCHOOL BOARD; RALPH FENNELL, JR., Superintendent; RUMELL
TAYLOR, Principal; BETTY R. MCKNIGHT; PEPPER RAY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:08-cv-03800-TLW)

_____

Submitted:  July 19, 2012          Decided:  July 23, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wilhelmina Moore, Appellant Pro Se.  Stephen Lynwood Brown,
Carol Brittian Ervin, Brian Quisenberry, YOUNG CLEMENT RIVERS,
LLP, Charleston, South Carolina; Helen Tyler McFadden, Cades,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilhelmina Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her Title VII and 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Moore v. Williamsburg Cnty. Sch. Dist.</u>, No. 4:08-cv-03800-TLW (D.S.C. Jan. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>